PATRICK J. CULLEN (240207)
ROBERT N. MACKAY (192423)
NEIL A. WARHEIT (133218)
WILLIAM M. PATE, JR (45734)
National Labor Relations Board, Region 21
888 South Figueroa Street, Ninth Floor
Los Angeles, CA 90017-5449
Telephone: (213) 894-7016
Facsimile: (619) 894-2778
E-mail: Patrick.Cullen@nlrb.gov

Attorneys for the NLRB



FILED
2008 JAN 10 AM 11:11
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>Applicant,<br><br>v.<br><br>BCI COCA-COLA BOTTLING COMPANY,<br><br>Respondent. | Case No.: **'08 CV 0055 WQH NLS**<br><br>Declaration of Patrick J. Cullen in Support of NLRB's Application For Order Requiring Compliance With Administrative Subpoena Duces Tecum<br><br>Date:<br><br>Time:<br><br>Judge:<br><br>Courtroom: |

I, Patrick J. Cullen, hereby declare as follows:

1. I am a Field Attorney employed by the National Labor Relations Board ("the Board") in the Board's Region 21 Regional Office, located in Los Angeles, California.

2.    I am today filing, for good cause and in good faith, the Board's Application for Order Requiring Compliance With Administrative Subpoena Duces Tecum, together with seven supporting exhibits attached to the Application as Exhibits 1 through 7, and described below. I hereby submit that all assertions contained in the Board's Application are true and correct to the best of my knowledge and belief.

3.    True and correct copies of the underlying unfair labor practice charges and amendments to those charges are attached as Exhibit 1.

4.    A true and correct copy of the subpoena duces tecum issued to the Custodian of Records of BCI Coca-Cola Bottling Company is attached as Exhibit 2, along with the certification of return service, which certifies that the subpoena was served by certified mail on August 7, 2007.

5.    True and correct copies of the certified mail receipt and return receipt are attached as Exhibit 3.

6.    A true and correct copy of Respondent's petition to revoke the subpoena is attached as Exhibit 4.

7.    A true and correct copy of the Board's order denying Respondent's petition to revoke is attached as Exhibit 5.

8.    A true and correct copy of the Regional Director's order dated December 5, 2007, setting the date and time for Respondent's Custodian of Records to appear and comply with the subpoena duces tecum is attached as Exhibit 6.

///
///
///
///
///
///

1     9.    A true and correct copy of the transcript of the examination and
2 exhibits to the examination on December 21, 2007, are attached as Exhibit 7.
3     In accordance with 28 U.S.C. Sec. 1746, I declare under the penalty of
4 perjury that the foregoing is true and correct to the best of my knowledge and
5 belief.

7     Executed at Los Angeles, California, on January 10, 2008.

                                    */s/ Patrick J. Cullen*
                           Patrick J. Cullen
                           Field Attorney
                           National Labor Relations Board

# PROOF OF SERVICE

STATE OF CALIFORNIA            )
                               ) SS:
COUNTY OF LOS ANGELES          )

I am employed in the City of Los Angeles, County of Los Angeles, California. I am over the age of 18 and not a party to the within action. My business address is 888 South Figueroa Street, Ninth Floor, Los Angeles, California 90017-5449.

On January 10, 2008, I served the foregoing document(s):

1. Declaration of Patrick J. Cullen in Support of NLRB's Application For Order Requiring Compliance With Administrative Subpoena Duces Tecum

on the interested parties in this action by placing a true copy thereof in a sealed envelope(s) addressed to:

Warren L. Nelson, Attorney at Law
Fisher & Phillips, LLP
18400 Von Karman Ave. Suite 400
Irvine, CA 92612

John R. Bode, Attorney at Law
Miller & Martin PLLC
832 Georgia Ave.
Suite 1000 Volunteer Bldg.
Chattanooga, TN 37402

-2-

1    BY MAIL: I am employed in the office of a member of the bar of this
2  court at whose direction the service was made. I am readily familiar with the
3  firm's practice of collection and processing of correspondence for mailing. This
4  practice is as follows: In the ordinary course of business, items to be mailed are
5  collected and deposited with the U.S. Postal Service on that same day with postage
6  thereon fully prepaid at Los Angeles, California. The aforementioned envelope
7  was placed for collection and mailing on this date under said practice. I am aware
8  that on motion of the party served, service is presumed invalid if postal
9  cancellation date or postage meter date is more than one day after date of deposit
10 for mailing in affidavit.

11
12 **I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**
13
14    Executed on January 10, 2008, at Los Angeles, California.
15
16
17
18 <u>Mildred K. Washington</u>                     *Mildred K. Washington*
19 Type or Print Name                              Signature

-2-