ORIGINAL

1  PATRICK J. CULLEN (240207)
2  ROBERT N. MACKAY (192423)
   NEIL A. WARHEIT (133218)
3  WILLIAM M. PATE, JR. (45734)
   National Labor Relations Board, Region 21
4  888 South Figueroa Street, 9th Floor
   Los Angeles, CA 90017-5449
5  Telephone: (213) 894-7016
6  Facsimile: (213) 894-2778
   E-mail: Patrick.Cullen@nlrb.gov
7
8  Attorneys for the NLRB

FILED

2008 JAN 10 AM 11:10

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

9              UNITED STATES DISTRICT COURT
10             SOUTHERN DISTRICT OF CALIFORNIA
11

12 | |
13 | NATIONAL LABOR RELATIONS BOARD, | Case No.: '08 CV 0055 WQH NLS
14 | | Notice of Party With Financial Interest (L.R. 40.2)
15 | Applicant, |
16 | | Date:
17 | v. |
18 | BCI COCA-COLA BOTTLING COMPANY, | Time:
19 | | Judge:
20 | Respondent. | Courtroom:

Pursuant to Local Rule 40.2, the undersigned counsel of record for Applicant, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- 1 -

(1)   Coca-Cola Bottling Company of San Diego;

(2)   BCI Coca-Cola Bottling Company of Los Angeles, trading as Coca-Cola Bottling Company of Southern California;

(3)   Salesdrivers, Helpers and Dairy Employees, Local Union 683, International Brotherhood of Teamsters; and

(4)   General Truck Drivers, Office, Food & Warehouse Union Local No. 952, International Brotherhood of Teamsters.

Dated at Los Angeles, California, this 10th day of January, 2008.

                  Respectfully submitted,

**National Labor Relations Board**
William M. Pate, Jr.
Neil A. Warheit
Robert N. MacKay
Patrick J. Cullen

By: *Patrick J. Cullen*
Patrick J. Cullen
Attorneys for Applicant
National Labor Relations Board

# PROOF OF SERVICE

STATE OF CALIFORNIA          )
                             ) SS:
COUNTY OF LOS ANGELES        )

      I am employed in the City of Los Angeles, County of Los Angeles, California. I am over the age of 18 and not a party to the within action. My business address is 888 South Figueroa Street, Ninth Floor, Los Angeles, California 90017-5449.

      On January 10, 2008, I served the foregoing document(s):

1.     Notice of Party With Financial Interest (L.R. 40.2)

on the interested parties in this action by placing a true copy thereof in a sealed envelope(s) addressed to:

Warren L. Nelson, Attorney at Law
Fisher & Phillips, LLP
18400 Von Karman Ave. Suite 400
Irvine, CA 92612

John R. Bode, Attorney at Law
Miller & Martin PLLC
832 Georgia Ave.
Suite 1000 Volunteer Bldg.
Chattanooga, TN 37402

- 1 -

BY MAIL: I am employed in the office of a member of the bar of this court at whose direction the service was made. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. This practice is as follows: In the ordinary course of business, items to be mailed are collected and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California. The aforementioned envelope was placed for collection and mailing on this date under said practice. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

Executed on January 10, 2008, at Los Angeles, California.

Mildred K. Washington                    *Mildred K. Washington*
Type or Print Name                                Signature