1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 NATIONAL LABOR RELATIONS
BOARD,

CASE NO. 08cv55 WQH (NLS)

12                   Applicant,

**ORDER REFERRING
APPLICATION FOR AN
ORDER REQUIRING
COMPLIANCE WITH
ADMINISTRATIVE SUBPOENA
DUCES TECUM TO
MAGISTRATE JUDGE FOR
DETERMINATION**

13     vs.

14

15 BCI COCA-COLA BOTTLING
COMPANY,

16                   Respondent.

17 HAYES, Judge:

18       On January 10, 2008, Applicant National Labor Relations Board ("NLRB") initiated

19 these proceedings with an Application for Order Requiring Compliance with

20 Administrative Subpoena Duces Tecum.  (Doc. # 1).  The NLRB contends that district

21 courts receive their power to order enforcement of subpoenas issued by the NLRB by virtue

22 of 29 U.S.C. § 161(2).

23       The Court has determined that these matters are appropriate for determination by the

24 magistrate judge pursuant to 28 U.S.C. § 636(b) and Rule 72(a) of the Federal Rules of

25 Civil Procedure.  *See also NLRB v. Cable Car Advertisers, Inc.,* 319 F. Supp. 2d 991 *(*N.D.

26 Cal. 2004) (referring issues regarding judicial enforcement of an investigative subpoena

27 under 29 U.S.C. § 161(2) to a magistrate judge).

28

                                                     08cv55 WQH (NLS)

1    IT IS HEREBY ORDERED that all matters arising from the Application for Order

2 Requiring Compliance with Administrative Subpoena Duces Tecum (Doc. # 1) are referred

3 to Magistrate Judge Nita L. Storms.

4 DATED:  January 17, 2008

5                                          *William Q. Hayes*
                                          **WILLIAM Q. HAYES**
6                                          United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28