**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> BCI COCA-COLA BOTTLING COMPANY, ) <br> ) <br> Defendants. ) <br> ) | Civil No.08cv55 WQH (NLS) <br><br> **ORDER SETTING HEARING DATE FOR APPLICATION** |

    The National Labor Relations Board filed an application for an order requiring compliance with administrative subpoena duces tecum. The district judge referred the matter to the undersigned for a report and recommendation pursuant to 28 U.S.C. § 636(b). This Court now **SETS** a hearing date for the application for *February 21, 2008 at 10:30 a.m.*

    **IT IS SO ORDERED.**

DATED: January 18, 2008

*/s/ Nita L. Stormes*
Hon. Nita L. Stormes
U.S. Magistrate Judge