PROOF OF SERVICE

STATE OF CALIFORNIA            )
                               ) SS:
COUNTY OF LOS ANGELES          )

      I am employed in the City of Los Angeles, County of Los Angeles, California. I am over the age of 18 and not a party to the within action. My business address is 888 South Figueroa Street, Ninth Floor, Los Angeles, California 90017-5449.

      On January 18, 2008, I served the foregoing document(s):

1. Notice of Motion of Application and NLRB's Application For Order Requiring Compliance With Administrative Subpoena Duces Tecum

2. Declaration of Patrick J. Cullen in Support of NLRB's Application For Order Requiring Compliance With Administrative Subpoena Duces Tecum

3. Memorandum Of Points And Authorities In Support Of NLRB's Application For Order Requiring Compliance With Administrative Subpoena Duces Tecum

4. Notice of Party With Financial Interest (L.R. 40.2)

on the interested parties in this action by placing a true copy thereof in a sealed envelope(s) addressed to:

Warren L. Nelson, Attorney at Law
Fisher & Phillips, LLP
18400 Von Karman Ave. Suite 400
Irvine, CA 92612

John R. Bode, Attorney at Law
Miller & Martin PLLC
832 Georgia Ave.
Suite 1000 Volunteer Bldg.
Chattanooga, TN 37402

BY MAIL: I am employed in the office of a member of the bar of this court at whose direction the service was made. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. This practice is as follows: In the ordinary course of business, items to be mailed are collected and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California. The aforementioned envelope was placed for collection and mailing on this date under said practice. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

Executed on January 18, 2008, at Los Angeles, California.

Mildred K. Washington                         *Mildred K. Washington*
Type or Print Name                            Signature