# EXHIBIT 1

Document2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>　　　　Applicant,<br><br>　v.<br><br>BCI COCA-COLA BOTTLING COMPANY,<br><br>　　　　Respondent. | ) CASE NO. 08 CV 0055 WQH NLS<br>)<br>) DECLARATION OF WARREN NELSON<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　　1.　　My name is Warren Nelson, and I am over 18 years of age. I have personal knowledge of the information contained herein.

　　　　2.　　I am, and was at all times pertinent hereto, labor counsel for BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES ("BCI").

　　　　3.　　The instant unfair labor practice charges remain under investigation despite the fact that the NLRB certified Teamsters Local No. 683 as the collective bargaining representative of the Oceanside facility on August 2, 2007 and the fact that both Charging Parties are participating in collective bargaining for the Oceanside facility.

　　　　4.　　During the protracted investigation of the instant unfair labor practice charges, BCI has provided Region 21 offices of the NLRB with access to a great deal of information. In addition to submitting several written statements in response to various questions from Region 21, BCI's Director of Labor Relations Brian Sasadu participated in an investigative interview at Region 21's offices and voluntarily signed an affidavit regarding his disclosures during the investigative interview.

5. BCI filed a petition to revoke the Board's subpoena <u>duces</u> <u>tecum</u> with the NLRB, which rejected the petition without benefit of a hearing on November 20, 2007.

6. Regional Director James F. Small issued an order on December 5, 2007 directing that requested information be produced at the NLRB's offices on December 20, 2007. Counsel for BCI spoke with Regional Director Small shortly thereafter, and during that conversation, BCI committed only that it would produce documents at the NLRB's offices on December 21, 2007 (<u>i.e.</u>, as opposed to agreeing to provide documents <u>and</u> a deposition).

7. Counsel for BCI appeared at the NLRB's offices on December 21, 2007 given BCI's concerns regarding the appropriateness of the Board's insistence on a deposition pursuant to an investigative subpoena.

8. Counsel for BCI presented the Board with redacted copies of documents representative of the requested information but also came equipped with unredacted versions of those documents in addition to the other duplicative documents.

9. Counsel for BCI also presented the Board with the opportunity for an <u>in</u> <u>camera</u> inspection of <u>all</u> of the requested information that was withheld (<u>i.e.</u>, unredacted versions of the copies in addition to the other duplicative documents) and/or to receive copies of <u>all</u> of such information, upon receipt of a meaningful assurance that the Board would keep the information confidential. Unfortunately, the Board declined these offers.

10. Since then, in a good faith attempt to resolve this dispute, BCI has repeated these offers and attempted to find some other middle ground with the Board. To date, these efforts have been rebuffed.

11. BCI specifically sought protection from public disclosure pursuant to the Freedom of Information Act and/or similar inquiries.

12. Myself and other labor counsel for BCI made numerous attempts to supply the Board with sufficient information and documents for their investigation. Specifically, we provided them numerous responsive documents and opportunities for them to review the documents we deemed as sensitive proprietary information. These attempts are memorialized in the following documents:

- May 22, 2007 Correspondence from John Bode to Tirza Castellanos, attached hereto as "Exhibit A."
- May 22, 2007 Correspondence from John Bode to Tirza Castellanos, attached hereto as "Exhibit B."
- June 11, 2007 Correspondence from John Bode to Tirza Castellanos, attached hereto as "Exhibit C."
- June 11, 2007 Correspondence from John Bode to Tirza Castellanos, attached hereto as "Exhibit D."
- July 9, 2007 Correspondence from John Bode to Tirza Castellanos, attached hereto as "Exhibit E."
- July 19, 2007 Correspondence from John Bode to Tirza Castellanos, attached hereto as "Exhibit F."
- August 2, 2007 Email from John Bode to Tirza Castellanos, copying Warren Nelson, attached hereto as "Exhibit G."
- August 31, 2007 Correspondence from John Bode to Tirza Castellanos, attached hereto as "Exhibit H."
- January 18, 2008 Correspondence from Warren Nelson to William Pate, Regional attorney, Region 21, attached hereto as "Exhibit I."

     I declare under penalty of perjury under the laws of the state of California and the United States of America that the foregoing is true and correct.

Executed on February 1, 2008, at Irvine, California.

*/s/ Warren Nelson*
**WARREN NELSON**