CONFIDENTIAL

## San Diego is currently at critical capacity levels



| Facility | 2004 Est. Distribution Volume | 2004 FP Available[1] | 2004 FP Required | Peak Period Utilization | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
| San Diego | | | | 127% | | | | | |

1 - Footprints adjusted for racks

- Over time, San Diego has implemented all short term solution
  - Racking
    - Full goods and staging
    - Increasing stack heights
- With all available floor positions effectively utilized, alternatives were considered
  - Expand at the existing site – no land available for parking
  - Lease outside space – considered as the only alternative
  - Build a new sales center in San Diego

CONFIDENTIAL

## Land was identified in Oceanside, CA, 40 miles North of the San Diego plant



- This 10.48 acre site in OceanRanch was purchased for $ — in 2003
  - $ — /ft²
- With industrial land at a premium in the area, stipulations were placed on the development of the property
  - Ground breaking must occur by Dec. 2005
  - Construction must be complete by Dec. 2006
  - Alternatively, the developer for OceanRanch can repurchase the land at the price CCE paid (minus commissions)
    - Land is this development is currently selling for as much as $15/ft²

CONFIDENTIAL

# Summary


CONFIDENTIAL



## Lost Sales Details

- **Currently, the San Diego market is growing at 1%**
- **The North San Diego population has grown 15% over the past 5 years and continued growth is expected**
- **The CCE business in this area has grown only 0.5%**
- **An estimated 1.5% sales growth is unattainable based on current delivery distances**
  - Based on delivery windows, trucks routinely return with undelivered product
  - An estimated 90,000 additional cases could be sold annually
    - An annual increase to OI of $

```
********************
***  TX REPORT   ***
********************

TRANSMISSION OK

TX/RX NO                0450
RECIPIENT ADDRESS       18467#16195576358
DESTINATION ID
ST. TIME                08/31 14:10
TIME USE                09'58
PAGES SENT              16
RESULT                  OK
```



**ATTORNEYS AT LAW**

SUITE 1000 VOLUNTEER BUILDING  
832 GEORGIA AVENUE  
CHATTANOOGA, TENNESSEE 37402-2289  
(423) 756-6600  
FAX (423) 785-8480

John R. Bode  
Direct Dial (423) 785-8320  
Direct Fax (423) 321-1507  
jbode@millermartin.com

## FACSIMILE TRANSMITTAL SHEET

FROM: **John R. Bode**  DATE: **August 31, 2007**

PHONE: **423-756-6600**  CLIENT-MATTER: **96060-0255**

**PLEASE DELIVER AS SOON AS POSSIBLE TO:**

| | **RECIPIENT** | **COMPANY** | **FAX NO.** |
|---|---|---|---|
| TO: | Ms. Tirza Castellanous | NLRB, Region 21 | 619-557-6358 |

Total number of pages including cover: 16

☐ Original will <u>not</u> follow  ☑ Original will follow

If you do not receive all of the pages, please call: Dena Talley at (423) 756-6600

Comment:

```
                    *********************
                    ***   TX REPORT    ***
                    *********************

    TRANSMISSION OK

    TX/RX NO              0457
    RECIPIENT ADDRESS     00041#16195576358
    DESTINATION ID
    ST. TIME              09/04 16:23
    TIME USE              12'15
    PAGES SENT              16
    RESULT                OK
```



## MILLER & MARTIN PLLC

ATTORNEYS AT LAW

SUITE 1000 VOLUNTEER BUILDING
832 GEORGIA AVENUE
CHATTANOOGA, TENNESSEE 37402-2289
(423) 756-6600
FAX (423) 785-8480

John R. Bode
Direct Dial (423) 785-8320
Direct Fax (423) 321-1507
jbode@millermartin.com

## FACSIMILE TRANSMITTAL SHEET

FROM: **John R. Bode**              DATE: **August 31, 2007**

PHONE: **423-756-6600**             CLIENT-MATTER: **96060-0255**

### PLEASE DELIVER AS SOON AS POSSIBLE TO:

| RECIPIENT | COMPANY | FAX NO. |
|---|---|---|
| TO: Ms. Tirza Castellanous | NLRB, Region 21 | 619-557-6358 |

Total number of pages including cover: 16

☐ Original will not follow    ☑ Original will follow

If you do not receive all of the pages, please call: Dena Talley at (423) 756-6600

Comment:

Resent 9/4/07

```
                        ********************
                        ***  TX REPORT   ***
                        ********************

        TRANSMISSION OK

        TX/RX NO                  0460
        RECIPIENT ADDRESS         26500#12138942778
        DESTINATION ID
        ST. TIME                  09/04 17:29
        TIME USE                  22'34
        PAGES SENT                  16
        RESULT                    OK
```



### MILLER & MARTIN PLLC

SUITE 1000 VOLUNTEER BUILDING  
832 GEORGIA AVENUE  
CHATTANOOGA, TENNESSEE 37402-2289  
(423) 756-6600  
FAX (423) 785-8480

ATTORNEYS AT LAW

John R. Bode  
Direct Dial  (423) 785-8320  
Direct Fax  (423) 321-1507  
jbode@millermartin.com

---

## FACSIMILE TRANSMITTAL SHEET

FROM: **John R. Bode**  
PHONE: **423-756-6600**

DATE: **August 31, 2007**  
CLIENT-MATTER: **96060-0255**

### PLEASE DELIVER AS SOON AS POSSIBLE TO:

| | RECIPIENT | COMPANY | FAX NO. |
|---|---|---|---|
| TO: | Ms. Tirza Castellanous | NLRB, Region 21 | 619-557-6358 |

Total number of pages including cover: 16

☐ Original will not follow    ☑ Original will follow

If you do not receive all of the pages, please call: Dena Talley at (423) 756-6600

Comment:

Resent 9/4/07 to fax # 213-894-2778

# EXHIBIT I

# FISHER & PHILLIPS LLP
ATTORNEYS AT LAW

www.laborlawyers.com

**Irvine**
Suite 400
18400 Von Karman Avenue
Irvine, CA 92612-1514

(949) 851-2424 Tel
(949) 851-0152 Fax

January 18, 2008

Writer's E-mail:
wnelson@laborlawyers.com

<u>VIA FACSIMILE: 213.894.2778</u>

Mr. William Pate, Regional Attorney
National Labor Relations Board, Region 21
888 South Figueroa Street, 9th Floor
Los Angeles, CA 90017-5449

Re:    ***Coca-Cola Bottling Company Of Southern California***
       *Case No. 21-CA-37682*
       *Case No. 21-CA-37683*

Dear Mr. Pate:

It was good to see you at Regional Director Small's installation. As I promised, I am putting down in writing the details of the Employer's offer to make available to the Region the documents requested in the above-referenced cases.

As you know, I brought the relevant documents with me to the deposition held on December 20, 2007. On the record, I offered to let a representative of the Region examine each document. I informed Mr. Cullen that I would allow the Region to make copies of documents the Region believed to be relevant in the case, after I had an opportunity to redact business information from these documents. In short, I offered to give the Region access and possession of the sensitive documents the Region considered to be relevant. No words, figures or symbols would be redacted prior to the Region's review of these documents.

The Employer has shown respect for the authority of the Board and the Region to fully investigate the issues raised by the Charging Parties in the above-referenced cases. We have been respectful and cooperative with all representatives of the Region during this investigation process. However, we have legitimate business reasons to be concerned that our documents could fall into the hands of the Company's business competitors.

I wish to draw your attention to the information which the Regional Attorney included in its Notice of Motion of Application and NLRB's Application for Order Requiring Compliance with Administrative Subpoena Duces Tecum. The Regional Attorney included company business records which relate to salaries and wages of exempt employees, rents, taxes, volume of distributed product, warehouse capacity and profitability. In short, you placed these documents containing sensitive business information into the public record where it can be easily accessed

Mr. William Pate
January 18, 2008
Page 2

by our competitors. We are disappointed because the Region does not appear to truly understand or respect the value of this sensitive information to the Employer and/or its competitors.

The Employer sincerely and wholeheartedly desires to cooperate with the Region and assist the Region in reviewing all relevant documents and information. We hope that you will reconsider your Application to the USDC – Southern District, at least until such time as you have taken advantage of our offer of cooperation.

Please contact me to further discuss this offer of cooperation.

Sincerely,

Warren Nelson
For FISHER & PHILLIPS LLP

WLN/mp
cc: James Small
 Patrick Cullen

Irvine 497935.1