# EXHIBIT 2

Document2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, <br><br> Applicant, <br><br> v. <br><br> BCI COCA-COLA BOTTLING COMPANY, <br><br> Respondent. | ) CASE NO. 08 CV 0055 WQH NLS <br> ) <br> ) DECLARATION OF ROBERT COYLE <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

1. My name is Robert Coyle, and I am over 18 years of age. I have personal knowledge of the information contained herein.

2. I am, and was at all times pertinent hereto, Director of Labor Relations, West Business Unit, for BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES ("BCI").

3. Given the fact that the Charging Parties deal directly on a regular basis with BCI's competitors (namely Southern Californian Pepsi bottlers), BCI was understandably not interested in handing over any proprietary information requested by the Board absent any assurances that the information would remain confidential.

4. The Board issued the subpoena <u>duces tecum</u> in question on August 7, 2007 seeking documents containing highly sensitive proprietary information and confidential details about BCI's distribution model in Southern California.

5. The documents sought by the Board contain a great deal of highly sensitive proprietary information and confidential details about BCI's distribution model in Southern California.

~8736399.DOC

I declare under penalty of perjury under the laws of the state of Arizona and the United States of America that the foregoing is true and correct.

Executed on February 1, 2008, at Tempe, Arizona.

*[signature]*
ROBERT COYLE

~8736399.DOC

2