1  Warren L. Nelson, Bar No. 182178
   FISHER & PHILLIPS LLP
2  18400 Von Karman Avenue, Suite 400
   Irvine, California 92612
3  Telephone (949) 851-2424
   Facsimile (949) 851-0152
4

5  JENNIFER B. ROBINSON, Bar No. 148333
   JOSEPH Y. MCCOIN, III, TN Bar No. 20203
6  (*Pro Hac Vice* to be Filed)
   MILLER & MARTIN PLLC
7  1200 One Nashville Place
   150 Fourth Ave., North
8  Nashville, TN 37219-2433
   Telephone:  (615) 244-9270
9  Facsimile:  (615) 256-8197

10 Attorneys for Respondent
   **BCI COCA-COLA BOTTLING COMPANY**
11 **OF LOS ANGELES**

12

13                 **UNITED STATES DISTRICT COURT**

14              **SOUTHERN DISTRICT OF CALIFORNIA**

15

16 NATIONAL LABOR RELATIONS BOARD, )   Case No.:  08 CV 0055 WQH NLS
                                    )
17                      Plaintiff,  )   **NOTICE OF APPEARANCE**
                                    )
18      vs.                         )
                                    )
19 BCI COCA-COLA BOTTLING COMPANY,  )
                                    )
20                     Defendants.  )
                                    )
21 ────────────────────────────────

22

23      TO THE SOUTHERN DISTRICT COURT OF CALIFORNIA AND ALL PARTIES

24 OF RECORD HEREIN:

25      PLEASE TAKE NOTICE that Fisher & Phillips LLP has been retained and will be

26 representing BCI COCA-COLA BOTTLING COMPANY, in the above-entitled action, in

27 conjunction with MILLER & MARTIN PLLC.

28 ///

─────────────────────────────────────────────
                    NOTICE OF APPEARANCE
Irvine 501361.1

1    It is hereby requested that all notices and pleadings be served on the undersigned, in addition to

2    the attorneys of MILLER & MARTIN PLLC on behalf of BCI COCA-COLA BOTTLING

3    COMPANY in this matter.

4

5    DATED: February 18, 2008                          FISHER & PHILLIPS LLP

6

7

                                          By:    _____
8                                                WARREN L. NELSON
                                                 Attorney for BCI COCA-COLA
9                                                BOTTLING COMPANY OF LOS
                                                 ANGELES
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2
Irvine 501361.1

**PROOF OF SERVICE**
(CCP § 1013(a) and 2015.5)

     I, the undersigned, am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; am employed with the Law Offices of FISHER & PHILLIPS LLP and my business address is 18400 Von Karman Avenue, Suite 400, Irvine, California, 92612.

     On **February 18, 2008,** I served the foregoing document entitled **NOTICE OF REPRESENTATION,** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Patrick J. Cullen<br>Robert N. MacKay<br>Neil A. Warheit<br>William M. Pate, Jr.<br>National Labor Relations Board, Region 21<br>888 South Figueroa St., 9th Floor<br>Los Angeles, CA  90017-5449 | |

☒    **[by MAIL]**    I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐    **[by OVERNIGHT DELIVERY]** - I caused a true copy of each document, placed in a sealed envelope with delivery fees provided for, to be deposited in a box regularly maintained by Federal Express.  I am readily familiar with this firm's practice for collection and processing of documents for overnight delivery and know that in the ordinary course of Fisher & Phillips LLP's business practice, the document(s) described above will be deposited in a box or other facility regularly maintained by Federal Express or delivered to a courier or driver authorized by Federal Express to receive documents on the same date it is placed at Fisher & Phillips LLP for collection.

☐    **STATE** - I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒    **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **February 18, 2008**, at Irvine California.

MELODY BIGLAY            By: _____
    Print Name                           Signature