Attorney for National Labor Relations Board -
Region 21
888 South Figueroa Street, Ninth Floor
Los Angeles, CA 90017-5449

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br>     Applicant,<br>vs.<br>BCI COCA-COLA BOTTLING COMPANY,<br>     Respondent. | Case No. 08 CV 0055 WQH NLS<br>NOTICE OF CHANGE OF ADDRESS |

NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Patrick J. Cullen has changed ____ names, ____ firms, ____ addresses, ✓ phone numbers, and/or ____ fax numbers as follows.

Current contact information:

Patrick J. Cullen
National Labor Relations Board - Region 21
888 South Figueroa Street, Ninth Floor
Los Angeles, CA 90017
(213) 894-5213

DATED: 07/11/2008    Signature: /s/ Patrick J. Cullen