PATRICK J. CULLEN (240207)
ROBERT N. MACKAY (192423)
NEIL A. WARHEIT (133218)
WILLIAM M. PATE, JR. (45734)
National Labor Relations Board, Region 21
888 South Figueroa Street, 9th Floor
Los Angeles, CA  90017-5449
Telephone:  (213) 894-5213
Facsimile:   (213) 894-2778
E-mail: patrick.cullen@nlrb.gov

Attorneys for the NLRB

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>             Applicant,<br><br>      v.<br><br>BCI COCA-COLA BOTTLING COMPANY,<br><br>             Respondent. | Case No.:  08 CV 0055 WQH NLS<br><br>PROOF OF SERVICE |

PROOF OF SERVICE

　　　　I am employed in the City of Los Angeles, County of Los Angeles, California. I am over the age of 18. My business address is 888 South Figueroa Street, Ninth Floor, Los Angeles, California 90017-5449.

　　　　On July 11, 2008, I served the foregoing document(s):

1                                                          08 CV 0055 WQH NLS

     1.     Notice of Change of Address

on the interested parties in this action electronically through the Court's CM/ECF system at the following registered e-mail addresses:

    Warren L. Nelson, Attorney at Law
    Fisher & Phillips, LLP
    wnelson@laborlawyers.com

    Joseph Y. McCoin III, Attorney at Law
    Jennifer B. Robinson, Attorney at Law
    Miller & Martin PLLC
    jmccoin@millermartin.com
    jrobinson@millermartin.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated at Los Angeles, California, this 14th day of July, 2008.

    Respectfully submitted,

    **National Labor Relations Board**
    William M. Pate, Jr.
    Neil A. Warheit
    Robert N. MacKay
    Patrick J. Cullen

    s/ Patrick J. Cullen
By:   _____
    Patrick J. Cullen
    Attorneys for Applicant
    National Labor Relations Board
    E-mail: patrick.cullen@nlrb.gov