FILED

2008 JUL 24 PM 1:29

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>　　　　Applicant,<br><br>　　v.<br><br>BCI COCA-COLA BOTTLING COMPANY,<br><br>　　　　Respondent. | Case No.: 08 CV 0055 WQH NLS<br><br>PROTECTIVE ORDER |

HAYES, Judge:

　　1.　　On May 22, 2008, upon an application made by the National Labor Relations Board ("Applicant" or "the Board"), BCI Coca-Cola Bottling Company ("Respondent") was ordered to comply with the Board's administrative subpoena duces tecum #B-442930, requiring Respondent's Custodian of Records to appear before the Regional Director of Region 21 of the Board to give testimony and produce documents relevant to the Board's investigation of charges of unfair labor practices in Cases 21-CA-37682 and 21-CA-37683.

- 1 -

08 CV 0055 WQH NLS

    2.    All evidence produced by Respondent to the Board under subpoena duces tecum #B-442930, whether in the form of testimony or documents, shall be protected from disclosure by the Board, its employees, and agents (including contracted court reporters) during the investigations of Cases 21-CA-37682 and 21-CA-37683.

    3.    Applicant shall take the following reasonable measures to protect evidence produced by Respondent under subpoena duces tecum #B-442930:

    (a)    Placing a copy of this protective order prominently in each file containing evidence produced by Respondent under subpoena duces tecum #B-442930; and

    (b)    Providing a copy of this protective order to any court reporter engaged by the Board to take evidence under subpoena duces tecum #B-442930.

    4.    (a)    If <u>both</u> charges in Cases 21-CA-37682 and 21-CA-37683 are either withdrawn by the parties filing those charges, or dismissed by the General Counsel of the Board, Cases 21-CA-37682 and 21-CA-37683 will be deemed closed by the Board. The Board's files related to these cases will continue to be maintained or destroyed by the Board under the same policies of file retention and destruction that would be applied to any other closed case.

    (b)    Any file containing evidence produced under subpoena duces tecum #B-442930 will continue to prominently include a copy of this protective order, which will remain in effect until the file's destruction.

    5.    If an administrative complaint is issued in <u>either</u> of Cases 21-CA-37682 or 21-CA-37683, this protective order shall apply as follows:

    (a)    From the period between the issuance of an administrative complaint and the opening of the administrative hearing based upon that complaint, all evidence produced under subpoena duces tecum #B-442930 shall be protected from disclosure by the Board, its employees, and agents, except as is reasonably necessary for trial preparation, including witness preparation.

   (i) No documents obtained from Respondent under subpoena duces tecum #B-442930 shall be shown to any prospective witness during witness preparation, unless that document has already been admitted into the hearing record by the administrative law judge, or by other ruling of the administrative law judge.

 (b) Upon the opening of the record of any administrative hearing in either of Cases 21-CA-37682 or 21-CA-37683, the admissibility of, and limitations on, any evidence sought to be introduced into the record by the Board, which was produced by Respondent under subpoena duces tecum #B-442930, shall be left to the decision of the administrative law judge conducting the hearing, and not to the district court. Any appeal of the administrative law judge's evidentiary rulings shall be governed exclusively by the Board's Rules and Regulations, without resort to the district court.

 (c) Any evidence produced during the investigations of Cases 21-CA-37682 and 21-CA-37683 under subpoena duces tecum #B-442930 that the Board does not seek to introduce into the record of the administrative hearing, shall continue to be protected from disclosure by the Board, its employees, and agents. Any file containing evidence produced under subpoena duces tecum #B-442930 will continue to prominently include a copy of this protective order, which will remain in effect until the file's destruction.

6. Nothing in this protective order prevents either party from initiating further district court proceedings related to Respondent's compliance with subpoena duces tecum #B-442930, or regarding alleged violations of this protective order.

7. Any further district court filings in this case (08 CV 0055 WQH NLS) that contain evidence obtained from Respondent under subpoena duces tecum #B-442930 shall be filed in paper form in a sealed envelope marked in such a way as to apprise the Clerk and the district court that the filing contains documents subject to this protective order. The Local Civil Rules of Practice for the United States District Court for the Southern District of California shall control any subsequent district court filings in this case.

IT IS SO ORDERED.

DATED: 7/24/08

HON. WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE